

```
1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America
6
7
8              IN THE UNITED STATES DISTRICT COURT
9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,    )   2:07-cv-00254-DFL-CMK
                                )
12      Plaintiff,               )   ORDER REGARDING CLERK'S
                                )   ISSUANCE OF WARRANT FOR ARREST
13      v.                       )   OF ARTICLES IN REM
                                )
14 APPROXIMATELY $83,940.00 IN  )
   U.S. CURRENCY, and           )
15                              )
   1969 PONTIAC LEMANS, VIN:    )
16 237679R120542, CALIFORNIA    )
   LICENSE: XPU601,             )
17                              )
        Defendants.              )
18 _____)
```

WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on February 8, 2007, in the United States District Court for the Eastern District of California, alleging that the defendant approximately $83,940.00 in U.S. Currency and the defendant 1969 Pontiac LeMans, VIN: 237679R120542, California License: XPU601 (hereafter collectively referred to as "defendant assets") are subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. § 841 *et seq.*;

///

1     And, the Court being satisfied that, based on the Verified
2 Complaint for Forfeiture *In Rem* and the affidavit of Drug
3 Enforcement Administration Special Agent Robert Marchi, there is
4 probable cause to believe that the defendant assets so described
5 constitute properties that are subject to forfeiture for such
6 violation(s), and that grounds for issuance of a Warrant for
7 Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of
8 the Supplemental Rules for Certain Admiralty and Maritime Claims;
9     IT IS HEREBY ORDERED that the Clerk for the United States
10 District Court, Eastern District of California, shall issue a
11 Warrant for Arrest of Articles *In Rem* for the defendant assets.
12 Dated: 2/8/07

KIMBERLY J. MUELLER
United States Magistrate Judge