1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America
6



FILED

FEB - 9 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | ) | 2:07-cv-00254-DFL-CMK |
|----|---|---|---|
| 12 | Plaintiff, | ) | ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM* |
| 13 | v. | ) | |
| 14 | APPROXIMATELY $83,940.00 IN U.S. CURRENCY, and | ) | |
| 15 | | ) | |
| 16 | 1969 PONTIAC LEMANS, VIN: 237679R120542, CALIFORNIA LICENSE: XPU601, | ) | |
| 17 | | ) | |
| 18 | Defendants. | ) | |

19      WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been

20  filed on February 8, 2007, in the United States District Court

21  for the Eastern District of California, alleging that the

22  defendant approximately $83,940.00 in U.S. Currency and the

23  defendant 1969 Pontiac LeMans, VIN: 237679R120542, California

24  License: XPU601 (hereafter collectively referred to as "defendant

25  assets") are subject to forfeiture to the United States pursuant

26  to 21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C.

27  § 841 *et seq.*;

28  ///

1 | And, the Court being satisfied that, based on the Verified
2 | Complaint for Forfeiture *In Rem* and the affidavit of Drug
3 | Enforcement Administration Special Agent Robert Marchi, there is
4 | probable cause to believe that the defendant assets so described
5 | constitute properties that are subject to forfeiture for such
6 | violation(s), and that grounds for issuance of a Warrant for
7 | Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of
8 | the Supplemental Rules for Certain Admiralty and Maritime Claims;

IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant assets.

Dated: 2/8/07

KIMBERLY J. MUELLER
United States Magistrate Judge