1 | McGREGOR W. SCOTT
United States Attorney
2 | KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916)554-2723

5 | Attorneys for Plaintiff
United States of America

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      )     2:07-cv-00254-DFL-CMK
                                   )
12 |          Plaintiff,           )     APPLICATION AND ORDER FOR
                                   )     PUBLICATION
13 |     v.                        )
                                   )
14 | APPROXIMATELY $83,940.00 IN    )
     U.S. CURRENCY, and            )
15 |                               )
     1969 PONTIAC LEMANS, VIN:     )
16 | 237679R120542, CALIFORNIA     )
     LICENSE: XPU601,              )
17 |                               )
              Defendants.          )
18 | _____)

19      The United States of America, Plaintiff herein, applies for

20 | an order of publication as follows:

21      1.   Rule G(4) of the Supplemental Rules for Certain

22 | Admiralty and Maritime Claims (hereafter "Supplemental Rules")

23 | provides that the Plaintiff shall cause public notice of the

24 | action and arrest to be given in a newspaper of general

25 | circulation, designated by order of the Court;

26      2.   Local Rule 83-171, Eastern District of California,

27 | provides that the Court shall designate by order the appropriate

28 | newspaper for publication;

1

1          3.    The defendant approximately $83,940.00 in U.S. Currency

2    (hereafter "defendant currency") was seized in the city of

3    Auburn, in Nevada County, California.   The Drug Enforcement

4    Administration ("DEA") published notice of the nonjudicial

5    forfeiture of the defendant currency on October 23, 30, and

6    November 6, 2006 in the Wall Street Journal.   The defendant 1969

7    Pontiac LeMans, VIN: 237679R120542, California License: XPU601

8    (hereafter "defendant vehicle") was seized in the city of Auburn,

9    in Placer County, California.   The DEA published notice of the

10   nonjudicial forfeiture of the defendant vehicle on October 30,

11   November 6 and 13, 2006 in the Wall Street Journal.

12          4.    Plaintiff proposes that publication be made as follows:

13              a.    One publication;

14              b.    In the following newspapers, legal newspapers of

15   general circulation, located in the counties in which the

16   defendant currency and defendant vehicle were seized: The Union

17   and Auburn Sentinel;

18              c.    The publications are to include the following:

19                  (1)   The Court, title and number of the action;

20                  (2)   The date of the arrest/seizure;

21                  (3)   The identity and/or description of the

22   property arrested/seized;

23                  (4)   The name, address, and telephone number of

24   the attorney for the Plaintiff;

25                  (5)   A statement that claims of persons entitled

26   to possession or claiming an interest pursuant to Supplemental

27   Rule G(5) must be filed with the Clerk and served on the attorney

28   for the Plaintiff within 30 days after the date of publication;

1    (6)  A statement that answers to the Complaint or

2  a motion under Rule 12 of the Federal Rules of Civil Procedure

3  ("Fed. R. Civ. P.") must be filed and served within 20 days after

4  the filing of the claims and, in the absence thereof, default may

5  be entered and condemnation ordered;

6    (7)  A statement that applications for

7  intervention under Fed. R. Civ. P., Rule 24 by persons claiming

8  maritime liens or other interests shall be filed within the 30

9  days allowed for claims for possession; and

10    (8)  The name, address, and telephone number of

11  the U.S. Marshal and/or Department of Treasury.

12  Dated: _Feb 8, 2007_          McGREGOR W. SCOTT
                                  United States Attorney

13

14

                                   _/s/ Kristin S. Door_____
15                                KRISTIN S. DOOR
                                  Assistant United States Attorney

16

17

18                            **ORDER**

19      IT IS SO ORDERED.

20

21  DATED:   February 15, 2007.

22

23  _____

24  **CRAIG M. KELLISON**
    UNITED STATES MAGISTRATE JUDGE

25

26

27

28

                              3