```
1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:07-cv-00254-DFL-CMK |
| Plaintiff, | APPLICATION AND ORDER FOR PUBLICATION |
| v. | |
| APPROXIMATELY $83,940.00 IN U.S. CURRENCY, and | |
| 1969 PONTIAC LEMANS, VIN: 237679R120542, CALIFORNIA LICENSE: XPU601, | |
| Defendants. | |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1. Rule G(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation, designated by order of the Court;

2. Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper for publication;

1

1      3.   The defendant approximately $83,940.00 in U.S. Currency
2  (hereafter "defendant currency") was seized in the city of
3  Auburn, in Nevada County, California.  The Drug Enforcement
4  Administration ("DEA") published notice of the nonjudicial
5  forfeiture of the defendant currency on October 23, 30, and
6  November 6, 2006 in the Wall Street Journal.  The defendant 1969
7  Pontiac LeMans, VIN: 237679R120542, California License: XPU601
8  (hereafter "defendant vehicle") was seized in the city of Auburn,
9  in Placer County, California.  The DEA published notice of the
10 nonjudicial forfeiture of the defendant vehicle on October 30,
11 November 6 and 13, 2006 in the Wall Street Journal.
12     4.   Plaintiff proposes that publication be made as follows:
13         a.   One publication;
14         b.   In the following newspapers, legal newspapers of
15 general circulation, located in the counties in which the
16 defendant currency and defendant vehicle were seized: The Union
17 and Auburn Sentinel;
18         c.   The publications are to include the following:
19             (1)   The Court, title and number of the action;
20             (2)   The date of the arrest/seizure;
21             (3)   The identity and/or description of the
22 property arrested/seized;
23             (4)   The name, address, and telephone number of
24 the attorney for the Plaintiff;
25             (5)   A statement that claims of persons entitled
26 to possession or claiming an interest pursuant to Supplemental
27 Rule G(5) must be filed with the Clerk and served on the attorney
28 for the Plaintiff within 30 days after the date of publication;

        (6)  A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 20 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered;

        (7)  A statement that applications for intervention under Fed. R. Civ. P., Rule 24 by persons claiming maritime liens or other interests shall be filed within the 30 days allowed for claims for possession; and

        (8)  The name, address, and telephone number of the U.S. Marshal and/or Department of Treasury.

Dated: Feb 8, 2007

McGREGOR W. SCOTT
United States Attorney

/s/ Kristin S. Door
KRISTIN S. DOOR
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

DATED:   February 15, 2007.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

3