# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA, | No. CIV S-07-0254-RRB-CMK |
| Plaintiff, | |
| vs. | ORDER |
| APPROXIMATELY $83,940 IN U.S. CURRENCY, et al., | |
| Defendants. | |

Plaintiff brings this civil case of forfeiture *in rem*, pursuant to 28 U.S.C. §§ 1345 and 1355, and 21 U.S.C. § 881. Pending before the court is plaintiff's motion for default judgment (Doc. 22) and defendant Bradley Hakala's answer to complaint (Doc. 24). This matter is referred to the undersigned United States Magistrate Judge pursuant to Eastern District of California local rules.

The complaint in this matter was filed by plaintiff on February 8, 2007. Service of process on defendant Hakala appears to have been accomplished by substitute service on Kristin Leonard at Hakala's residence at 11080 Torrey Pines Drive in Auburn, California on March 7, 2007 (Doc. 10). Defendant's attorney of record, Steven Bauer, also appears to have been served by mail on February 9, 2007 (Doc. 14-2). In addition, public notice of the action

was given in both <u>The Union</u> and <u>Auburn Sentinel</u>.  Defendant Hakala failed to file a response to the complaint within the statutorily allowed time, so on April 20, 2007, plaintiff filed a request for clerk's entry of default (Doc. 14).  The clerk's entry of default was entered on April 24, 2007 (Doc. 16).  On July 26, 2007, plaintiff filed a motion for default judgment (Doc. 22).

Then, on October 12, 2007, prior to a court order on the motion for default judgment, defendant Bradley Hakala filed a claim and answer to the compliant.  However, defendant Hakala did so without first requesting that entry of default by the Clerk of the Court be set aside under Federal Rule of Civil Procedure 55(c).  Therefore, defendant Hakala is required to file a motion to set aside his default before his answer can be considered.

Accordingly, IT IS HEREBY ORDERED that:

1.  Within 30 days of the date of this order, defendant Bradley Hakala is to file a motion to set aside his default under Rule 55(c);

2.  Plaintiff's response to defendant's motion, if any, will be due no later than 30 days from the date the motion is filed; and

3.  Defendant's reply will be due no later than 15 days after plaintiff's response is filed.

DATED:  December 13, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE