McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-CV-00254 JAM-CMK |
| Plaintiff, | ) | |
| | ) | APPLICATION ALLOWING |
| v. | ) | PLAINTIFF TO DEPOSE |
| | ) | INCARCERATED CLAIMANT |
| APPROXIMATELY $83,940.00 IN | ) | BRADLEY HAKALA AND |
| U.S. CURRENCY, and | ) | ORDER |
| | ) | |
| 1969 PONTIAC LEMANS, VIN: | ) | |
| 237679R120542, CALIFORNIA | ) | |
| LICENSE: XPU601, | ) | |
| | ) | DATE:    N/A |
| Defendants. | ) | TIME:    N/A |
| _____ | ) | COURTROOM:N/A |

Plaintiff United States of America respectfully states:

1.   The United States seeks to forfeit the above-described assets pursuant to 21 U.S.C. § 881(a)6) on the ground that the currency is the proceeds of drug trafficking, and because the defendant vehicle was purchased with drug proceeds.

2.   Bradley Hakala filed a claim to the defendant property alleging he obtained the property from legitimate sources.  He also filed an Answer to the Verified Complaint for Forfeiture in which he denied the plaintiff's allegations and raised affirmative defenses.

1

1   3.   Deposing claimant Hakala is necessary in this case in
2   order to examine his claim that the defendant currency was not
3   derived from drug trafficking, and that he bought the defendant
4   vehicle with lawfully-derived funds.

5   4.   Claimant Hakala's birth date is February 15, 1975 and
6   his prison identifier is G11441.

7   5.   Claimant is represented by counsel who will attend the
8   deposition and advise claimant as he deems appropriate.

9   6.  The deposition will be taken on June 18, 2008,
10  commencing at 9:30 a.m. at Deule Vocational Institution, 23500
11  Kasson Road, Tracy, California 95376.   The deposition will be
12  limited to one day of seven hours absent further order of this
13  court.

14  WHEREFORE, plaintiff requests that the Court issue an order
15  authorizing the plaintiff United States of America to take the
16  deposition of Bradley Hakala pursuant to Rule 30(a)(2)(B) of the
17   Federal Rules of Civil Procedure.

18
19  DATED:   May 13, 2008                McGREGOR W. SCOTT
                                         United States Attorney
20                                   By: /s/ Kristin S. Door
                                         KRISTIN S. DOOR
21                                       Assistant U.S. Attorney

22
23                           VERIFICATION

24   I declare under penalty of perjury that the foregoing is
25  true and correct.  Executed in Sacramento, California, on May 13,
26  2008.

27                                   /s/ Kristin S. Door
                                     KRISTIN S. DOOR
28                                   Assistant U.S. Attorney

2

ORDER

Having considered the foregoing Application and the matters stated therein, IT IS HEREBY ORDERED that plaintiff United States of America will be permitted to take the deposition of claimant Bradley Hakala upon oral examination at Deule Vocational Institution, 23500 Kasson Road, Tracy, California 95376, on June 18, 2008, commencing at 9:30 a.m.  The deposition will be limited to one day of seven hours absent further order of this court.

IT IS SO ORDERED.

DATED: June 4, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

3