McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:07-CV-00254 JAM-CMK |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | ALLOWING PLAINTIFF TO DEPOSE |
| | ) | INCARCERATED CLAIMANT |
| APPROXIMATELY $83,940.00 IN | ) | BRADLEY HAKALA AND |
| U.S. CURRENCY, and | ) | ORDER |
| | ) | |
| 1969 PONTIAC LEMANS, VIN: | ) | |
| 237679R120542, CALIFORNIA | ) | |
| LICENSE: XPU601, | ) | |
| | ) | DATE:    N/A |
| Defendants. | ) | TIME:    N/A |
| _____ | ) | COURTROOM:N/A |

Plaintiff United States of America and claimant Bradley

Hakala stipulate as follows:

1.   The United States seeks to forfeit the above-described

assets pursuant to 21 U.S.C. § 881(a)6) on the ground that the

currency is the proceeds of drug trafficking, and because the

defendant vehicle was purchased with drug proceeds.

2.   Bradley Hakala filed a claim to the defendant property

alleging he obtained the property from legitimate sources.  He

also filed an Answer to the Verified Complaint for Forfeiture in

which he denied the plaintiff's allegations and raised

1

1  affirmative defenses.

2      3.   Deposing claimant Hakala is necessary in this case in
3  order to examine his claim that the defendant currency was not
4  derived from drug trafficking, and that he bought the defendant
5  vehicle with lawfully-derived funds.

6      4.   Claimant Hakala's birth date is February 15, 1975 and
7  his prison identifier is G11441.

8      5.   Claimant is represented by counsel who will attend the
9  deposition and advise claimant as he deems appropriate.

10     6.   The deposition will be taken on July 23, 2008,
11 commencing at 9:30 a.m. at Deule Vocational Institution, 23500
12 Kasson Road, Tracy, California 95376.  The deposition will be
13 limited to one day of seven hours absent further order of this
14 court.

15     7.   The parties request that the Court issue an order
16 authorizing the plaintiff United States of America to take the
17 deposition of Bradley Hakala pursuant to Rule 30(a)(2)(B) of the
18 Federal Rules of Civil Procedure.

19

20 DATED: June 12, 2008              McGREGOR W. SCOTT
                                   United States Attorney
21

22

23                            By:  /s/ Kristin S. Door
                                  KRISTIN S. DOOR
24                                Assistant U.S. Attorney

25

26 DATED: June 12, 2008              /s/ Richard M. Barnett
                                   RICHARD M. BARNETT
27                                 Attorney for claimant
                                   Bradley Hakala
28

                                  2

ORDER

Having considered the foregoing Application and the matters stated therein, IT IS HEREBY ORDERED that plaintiff United States of America will be permitted to take the deposition of claimant Bradley Hakala upon oral examination at Deule Vocational Institution, 23500 Kasson Road, Tracy, California 95376, on July 23, 2008, commencing at 9:30 a.m.  The deposition will be limited to one day of seven hours absent further order of this court.

IT IS SO ORDERED.

DATED:  June 13, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

3