1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )
                                  )   2:07-CV-00254 JAM-CMK
12           Plaintiff,           )
                                  )   STIPULATION AND ORDER
13      v.                        )   ALLOWING PLAINTIFF TO DEPOSE
                                  )   INCARCERATED CLAIMANT
14 APPROXIMATELY $83,940.00 IN    )   BRADLEY HAKALA AND
   U.S. CURRENCY, and             )   ORDER
15                                )
   1969 PONTIAC LEMANS, VIN:      )
16 237679R120542, CALIFORNIA      )
   LICENSE: XPU601,               )
17                                )   DATE:    N/A
             Defendants.          )   TIME:    N/A
18 _____)   COURTROOM:N/A

19      Plaintiff United States of America and claimant Bradley

20 Hakala stipulate as follows:

21      1.   The United States seeks to forfeit the above-described

22 assets pursuant to 21 U.S.C. § 881(a)6) on the ground that the

23 currency is the proceeds of drug trafficking, and because the

24 defendant vehicle was purchased with drug proceeds.

25      2.   Bradley Hakala filed a claim to the defendant property

26 alleging he obtained the property from legitimate sources.  He

27 also filed an Answer to the Verified Complaint for Forfeiture in

28 which he denied the plaintiff's allegations and raised

                              1

1    affirmative defenses.

2        3.   Deposing claimant Hakala is necessary in this case in
3    order to examine his claim that the defendant currency was not
4    derived from drug trafficking, and that he bought the defendant
5    vehicle with lawfully-derived funds.

6        4.   The parties request that the Court issue an order
7    authorizing the plaintiff United States of America to take the
8    deposition of Bradley Hakala pursuant to Rule 30(a)(2)(B) of the
9    Federal Rules of Civil Procedure.

10       5.   Claimant Hakala's birth date is February 15, 1975 and
11   his prison identifier is G11441.

12       6.   Claimant is represented by counsel who will attend the
13   deposition and advise claimant as he deems appropriate.

14       7.   On June 16, 2008, this court entered an order
15   authorizing plaintiff to take claimant's deposition on July 23,
16   2008, at Deule Vocational Institution, 23500 Kasson Road, Tracy,
17   California 95376.  However, when undersigned counsel arrived at
18   Deule Vocational Institution on July 23, 2008, they were informed
19   that claimant had been transferred to another institution, the
20   Sierra Conservation Center (SCC), that very morning.

21       8.   Accordingly, claimant's deposition must be rescheduled
22   to take place at the SCC.

23       9.   The deposition will be taken on September 30, 2008, at
24   SCC, 5100 O'Byrnes Ferry Road, Jamestown, California, 95327.  The
25   deposition will be limited to one day of seven hours absent
26   further order of this court.

27

28

                              2

DATED: September 3, 2008                    McGREGOR W. SCOTT
                                            United States Attorney


                                    By:  /s/ Kristin S. Door
                                         KRISTIN S. DOOR
                                         Assistant U.S. Attorney


DATED: September 4, 2008                    /s/ Richard M. Barnett
                                            RICHARD M. BARNETT
                                            Attorney for claimant
                                            Bradley Hakala

                                ORDER

     Having considered the foregoing Application and the matters

stated therein, IT IS HEREBY ORDERED that plaintiff United States

of America will be permitted to take the deposition of claimant

Bradley Hakala upon oral examination at Sierra Conservation

Center, 5100 O'Byrnes Ferry Road, Jamestown, California 95327,

on September 30, 2008, commencing at 9:30 a.m.  The deposition

will be limited to one day of seven hours absent further order of

this court.


IT IS SO ORDERED.


 DATED:  September 16, 2008


                                    _____
                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE

3