McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:07-CV-00254-JAM-CMK |
| Plaintiff, ) | FINAL JUDGMENT OF FORFEITURE |
| v. ) | |
| APPROXIMATELY $83,940.00 IN ) U.S. CURRENCY, and ) | |
| 1969 PONTIAC LEMANS, VIN: ) 237679R120542, CALIFORNIA ) LICENSE: XPU601, ) | |
| Defendants. ) | |

Pursuant to the Stipulation for Final Judgment of Forfeiture (Amended), the Court finds:

1. This is a civil forfeiture action against approximately $83,940.00 in U.S. Currency and a 1969 Pontiac LeMans, VIN: 237679R120542, California License: XPU601 (hereafter "defendant assets").

2. A Verified Complaint for Forfeiture *In Rem* was filed on February 8, 2007, seeking the forfeiture of the defendant assets, alleging that said property is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6), as

1

property that constitutes moneys or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical, all proceeds traceable to such an exchange and/or were used or intended to be used to facilitate one or more violations of 21 U.S.C. § 841 *et seq*.

3. On February 9, 2007, the Court issued a Warrant for Arrest of Articles *In Rem* for the defendant assets. The defendant currency was arrested on February 12, 2007, and the defendant vehicle was arrested on February 23, 2007.

4. On March 13, 2007, a Public Notice of Arrest and Seizure of the defendant assets appeared by publication in The Union, a newspaper of general circulation in the county in which the defendant assets were seized (Nevada County). On March 16, 2007, a Public Notice of Arrest and Seizure of the defendant assets appeared by publication in the Auburn Sentinel, a newspaper of general circulation in the county in which the defendant assets were seized (Placer County).

5. In addition to the Public Notice of Arrest having been completed, actual notice or attempted notice was provided to the following people:

    a. Bradley I. Hakala
    b. Kristin Leonard
    c. Mary C. Vincent
    d. Michael I. Hakala

6. On October 12, 2007, Bradley I. Hakala (hereafter "Hakala") filed a claim and answer alleging an ownership interest in the defendant assets. No other parties have filed claims or

answers in this matter and the time for which any person or entity may file a claim and answer has expired.

    7.   The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Kristin Leonard on April 24, 2007, and against Mary C. Vincent and Michael I. Hakala on April 26, 2007. Pursuant to Local Rule A-540, the United States and claimant Hakala request that the Court enter a default judgment against the interest, if any, of Kristin Leonard, Mary C. Vincent and Michael I. Hakala without further notice.

    Based on the above findings, and the files and records of the Court, it is hereby

    ORDERED AND ADJUDGED:

    1.   The Court adopts the Stipulation for Final Judgment of Forfeiture (Amended) entered into by and between the parties to this action.

    2.   Judgment is hereby entered against claimant Bradley I. Hakala and all other potential claimants who have not filed claims in this action.

    3.   Upon entry of this Final Judgment of Forfeiture, $62,955.00 of the $83,940.00 in U.S. Currency, together with any interest that may have accrued on $62,955.00, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

    4.   Upon entry of this Final Judgment of Forfeiture herein, but no later than 60 days thereafter, $20,985.00 of the $83,940.00 in U.S. Currency, together with any interest that may have accrued on $20,985.00, shall be returned to Claimant Bradley I. Hakala through his attorney Richard M. Barnett, 105 West F

1  Street, 4th Floor, San Diego, California 92191.  Telephone number
2  (619) 231-1182.
3       5.   The defendant 1969 Pontiac LeMans, VIN: 237679R120542,
4  California License: XPU601 shall be returned to Claimant, or his
5  authorized representative, in Sacramento, California, "as is,"
6  upon entry of this Final Judgment of Forfeiture and upon the
7  payment of storage and towing costs of approximately $1,500.00.
8  Claimant will be responsible for storage costs up to and
9  including November 14, 2008.  Payment of the storage and towing
10 costs shall be made by cashier's check or money order payable to
11 the U.S. Marshals Service and mailed to the U.S. Attorney's
12 Office, Attn: Asset Forfeiture Unit, 501 I Street, Ste. 10-100,
13 Sacramento, California 95814.
14      6.   Plaintiff United States of America and its servants,
15 agents, and employees and all other public entities, their
16 servants, agents, and employees, are released from any and all
17 liability arising out of or in any way connected with the
18 arrest/seizure or forfeiture of the defendant assets.  This is a
19 full and final release applying to all unknown and unanticipated
20 injuries, and/or damages arising out of said arrest/seizure or
21 forfeiture, as well as to those now known or disclosed.  The
22 parties waive the provisions of California Civil Code § 1542.
23      7.   Pursuant to the stipulation of the parties, and
24 allegations set forth in the Verified Complaint for Forfeiture *In*
25 *Rem* filed February 8, 2007, the Court finds that there was
26 reasonable cause for the seizure and arrest of the defendant
27 assets and a Certificate of Reasonable Cause pursuant to 28
28 U.S.C. § 2465 shall be entered accordingly.

4

8. All parties will bear their own costs and attorneys' fees, if any.

SO ORDERED THIS 24th day of October, 2008.


/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge


CERTIFICATE OF REASONABLE CAUSE

Pursuant to the Stipulation for Final Judgment of Forfeiture (Amended) filed herein and the allegations set forth in the Verified Complaint for Forfeiture *In Rem* filed February 8, 2007, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure and arrest of the defendant assets.


/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge

5